

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-19-00067-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Teresita **CRUZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI05398
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

The appellant's first motion for extension of time to file its brief is GRANTED. Appellant's brief is due on April 3, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court